UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:25-cv-2594-MWC (SK) | Date | December 1, 2025 |
|---|---|---|---|
| Title | R.S. v. Ernesto Santacruz, Jr., et al. | | |

Present: The Honorable   Steve Kim, U.S. Magistrate Judge

| Connie Lee | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: DISMISSAL**

In light of the district court's October 28, 2025 order denying petitioner's motion for preliminary injunction and withdrawing its temporary restraining order, petitioner is ordered to show cause in writing by no later than December 8, 2025 why this habeas action under 28 U.S.C. § 2241 should not be dismissed without prejudice as moot. Petitioner may discharge this show-cause order by filing a notice of voluntary dismissal without prejudice by no later than December 8, 2025, in which case the show-cause order will be automatically discharged and this case will be closed by the clerk of court with no need for further court order.

IT IS SO ORDERED.